# Exhibit 1(a)

**Robert Lewis Pifer**
**April 8, 2015**

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT PARKERSBURG

JAMES P. WEIGLE,

       Plaintiff,

vs.               Civil Action No. 2:14-cv-15087

R.L. PIFER, individually and in his
capacity as an officer with the
City of Vienna Police Department,
BRIAN INGRAHAM, individually
and in his capacity as an officer with the
City of Vienna Police Department,
CITY OF VIENNA POLICE
DEPARTMENT, a political subdivision
of the State of West Virginia,
and the CITY OF VIENNA,
a political subdivision in the
State of West Virgnia,

       Defendants,

———————————————————

**VIDEO DEPOSITION OF ROBERT LEWIS PIFER**

———————————————————————

**APRIL 8, 2015**
**10:03 A.M.**

———————————————————————

**CITY OF VIENNA FIRE DEPARTMENT**
**609 28TH STREET**
**VIENNA, WEST VIRGINIA**

———————————————————————

**Nancy S. Jarrell**
**Certified Court Reporter**

Robert Lewis Pifer
April 8, 2015

1    Q    Who followed him?

2    A    George Young.

3    Q    Okay.  So during your time as a patrolman before

4    Mr. Stevens came in or under Chief Deem did you have any

5    evaluations -- professional evaluations?

6    A    I don't believe the Vienna Police Department did

7    any kind of professional written evaluations.

8    Q    Okay.  Did they do oral or verbal evaluations?

9    A    Not on a yearly basis.  It was a as-needed kind

10   of procedure I suppose.  If there was an issue, the chief

11   would bring you into the office and speak to you then.

12   Q    Okay.  And by "issue" what do you mean?  What

13   kind of issue would that be that would cause him to bring

14   you in?

15   A    If there was a complaint against you, if you had

16   violated any policy or procedure -- those kind of issues.

17   Q    Okay.  Did you ever have one of those meetings

18   with Chief Deem?

19   A    Yes.

20   Q    One or more than one?

21   A    Oh, I had more than one.

22   Q    Okay.  Now, do you know whether any -- whether

23   there was any notation of those types of meetings, whether

24   there was anything placed in your file, or was it just an

Garrett Reporting Service
304-346-0460

**Robert Lewis Pifer**
**April 8, 2015**

1       informal sort of sit down?

2           A   I believe it was an informal kind of sit down.  I

3       don't know that anything was ever written down, and I have

4       never seen my file.

5           Q   Okay.  Have you ever asked to see your file?

6           A   No.

7           Q   Okay.  Well, tell me -- tell me about the

8       meetings that you had with Chief Deem then to the extent

9       you recall.

10          A   One, an angry mother called in because I had

11      taken cigarettes away from her 13-year-old son.  She was

12      upset saying that he was supposed to be bringing them to

13      her.  When I discovered him, he was giving the cigarettes

14      to a nine year old and making him smoke them -- making him

15      become sick.  I took the cigarettes away from him and threw

16      them in the garbage.

17          Q   And you said she called in.  She just called in

18      to the general department number --

19          A   Yes.

20          Q   -- to your knowledge?  Do you remember what her

21      name was?

22          A   No.

23          Q   Now, as far as complaints of that nature at that

24      time with the police department, do you know how those were

**Robert Lewis Pifer**
**April 8, 2015**

1    handled as far as procedure went? Were they written down

2    and taken to someone or put in a particular file or --

3        A    I don't know.

4        Q    So you don't know whether she ever was asked to

5    come in and make a formal written statement or anything

6    like that?

7        A    No, I don't.

8        Q    All right. Okay. Well, tell me about the next

9    meeting you had with Chief Deem.

10       A    There were meetings when people would make a

11   complaint about a traffic citation or a vehicle stop that

12   had been made -- those kinds of things.

13       Q    Okay. To your knowledge did Chief Deem call in

14   any officer when a complaint was made regardless or did he

15   do some investigation and only call the officer in if he

16   thought it was warranted?

17       A    To my knowledge Chief Deem would call officers in

18   to get a full story before making a decision.

19       Q    Okay. What kind of a decision would he be

20   making?

21       A    Whether to take action against that officer,

22   repercussions -- that kind of thing.

23       Q    Okay. In any of the times that you were called

24   in with Chief Deem did he take any kind of action against

**Garrett Reporting Service**
**304-346-0460**

**Robert Lewis Pifer**
**April 8, 2015**

1    you after the meeting or at some point in response to the

2    complaint?

3         A    No.

4         Q    No, absolutely no, or just don't remember?

5         A    There was no -- I never was given any kind of

6    administrative punishment.

7         Q    Okay.  Did he ever give you any warnings just

8    verbally in the office or tell you that you that you should

9    --

10        A    Yes.

11        Q    -- handle something differently?  Do you remember

12   what those were or what the context of those were?

13        A    I believe he told me that I needed to be polite

14   and professional on all traffic stops, and not use

15   profanity.

16        Q    Okay.  So I'm going to assume that one of those

17   complaints was about the use of profanity?

18        A    Yes.

19        Q    Okay.  And is -- were the other complaints of a

20   similar nature?  Was it -- did it have to do with your

21   attitude toward a person who was receiving the citation or

22   who had been stopped?

23        A    Generally, yes.

24        Q    Okay.

**Garrett Reporting Service**
**304-346-0460**

Robert Lewis Pifer
April 8, 2015

Page 48

1    walkers happen to converge on that intersection in the same

2    span of time, you could stop traffic indefinitely until

3    that cleared?

4        A    If it took indefinitely for the runners and

5    walkers to cross the intersection, I guess, yes.

6        Q    Okay.  All right.  Well, tell me about the --

7    tell me about the horn that you were talking about.

8        A    We heard a horn honk.  It began to honk

9    repeatedly.  We could tell that it was the same horn.  It

10   wasn't different car horns.  It was the same horn, and I

11   sent Officer Cole back to investigate what was wrong.

12       Q    Okay.  How could you tell it was the same horn?

13       A    Same pitch, same tone -- it didn't appear to

14   change.

15       Q    Could you tell at the time you first heard the

16   horn how far away it was?

17       A    No.  I could tell the general direction, but as

18   for any given distance, no.

19       Q    What was the duration of the honk that you heard

20   the first time?

21       A    I don't recall the duration.

22       Q    Was it just sort of like a brief honk?  Was it

23   somebody laying on the horn?

24       A    I don't recall.

Robert Lewis Pifer
April 8, 2015

Page 50

```
 1        Q    -- of this intersection?  When you sent Officer
 2    Cole, was the horn continuing to honk --
 3        A    Yes.
 4        Q    -- as he's walking?
 5        A    Yes.
 6        Q    Did you -- did you watch him walk?
 7        A    No.
 8        Q    Okay.  So  you --
 9        A    I observed him leave and then my -- I was
10    concerned with the traffic at that point, and the runners
11    and walkers crossing the intersection.
12        Q    Okay.  Did you check up on him at some point
13    after that or did you maintain focus on the traffic until
14    -- until something else happened?
15        A    I maintained focus on the traffic.
16        Q    All right.  So how long was Officer Cole gone?
17        A    He was not gone for very long.
18        Q    Five minutes, ten minutes?
19        A    No, not that long -- a couple of minutes at the
20    most.
21        Q    Okay.  And then he came back to the intersection?
22        A    Yes.
23        Q    What did he do then?
24        A    When he returned to the intersection, I asked him
```

Robert Lewis Pifer
April 8, 2015

1    what was going on, and, he said, "I don't know."  I said,

2    "What's the problem?"  He said, "I don't know."  I said,

3    "Who's honking the horn?"  He said, "I don't know.  He

4    wouldn't tell me."

5        Q    Could you still hear the horn --

6        A    The horn then honked again.

7        Q    -- when you talked to Officer Cole?

8        A    Yes.

9        Q    Okay.  So it was not a continuous -- you said it

10   just then honked again.  It's not that it was happening

11   continuously, but --

12       A    Yes.

13       Q    -- every now and then, here it comes, right?

14       A    It became repeated.

15       Q    Okay.  So what did you do when Officer Cole said,

16   "Beats me, I don't know what's going on"?

17       A    I then said, "Okay.  You handle the intersection.

18   I'll go find out what's going on."  I then went walking

19   north in the southbound lane and as I walked back there

20   were people looking at me.  I heard the horn honk again.

21   It brought my attention up to Mr. Weigle's vehicle, and the

22   people were pointing at his vehicle in the other cars.

23       Q    What people?

24       A    The people who were sitting behind the wheels of

Garrett Reporting Service
304-346-0460

**Robert Lewis Pifer**
**April 8, 2015**

Page 52

1      the other cars stopped in traffic.

2           Q    Okay.  So when you said, "There were people

3      looking at me," you meant the people as you walked past the

4      sitting traffic?

5           A    Yes.

6           Q    The people in the cars were watching you walk?

7           A    Yes.

8           Q    How far did you go before you came upon Mr.

9      Weigle's car?

10          A    Not very far -- maybe half a block.

11          Q    Okay.  So it was still in the 34th Street -- it

12     was in that block?

13          A    It was right in front of the church there.  So,

14     yes, I believe so.

15          Q    Okay.  Did you know the people in the cars --

16          A    No, I didn't.

17          Q    -- that you passed?  Did you know Mr. Weigle when

18     you saw him?

19          A    I did not know Mr. Weigle before that incident.

20          Q    Okay.  Okay.  So you -- you come upon Mr.

21     Weigle's car.  Let me ask you this:  Did you ever see Mr.

22     Weigle honk the horn?

23          A    I don't recall if I saw him honk the horn or not.

24          Q    Okay.  What was it then that made you approach

Robert Lewis Pifer
April 8, 2015

Page 53

1      Mr. Weigle's car as opposed to someone else's car?

2         A    As I walked back I would observe the driver of

3      each vehicle.  I observed their posture, body habits, what

4      they were doing with their hands.  The -- the people would

5      either, generally, look at me and point in the direction of

6      Mr. Weigle's car with the exception after -- as I walked

7      past.

8             I remember walking past a woman and she pointed

9      back over her shoulder with her thumb and giving kind of a

10     frowned look on her face.  As I moved past her, I remember

11     seeing another car.  They pointed back.  Then there was Mr.

12     Weigle's car, and he had an angry look on his face, and the

13     car behind him, the gentleman behind the wheel pointed at

14     Mr. Weigle's car.

15        A    Okay.

16        Q    Was the traffic stopped --

17        A    Yes.

18        Q    -- when you were walking back?

19        A    Yes, it was.

20        Q    Had the traffic moved between the time Officer

21     Cole walked back and the time that you walked back?

22        A    No.

23        Q    So they'd been sitting there the whole time that

24     traffic had remained still?

Garrett Reporting Service
304-346-0460

Robert Lewis Pifer
April 8, 2015

Page 54

```
 1      A    Yes.
 2      Q    Okay.  So tell me -- tell me about your approach
 3   to Mr. Weigle's car.  Was his window up, down?
 4      A    His window was up.
 5      Q    Okay.  What was the weather like that day?
 6      A    It was raining.  We were wearing raingear.
 7      Q    Was it raining hard?
 8      A    At the time it was sprinkling, I believe.
 9      Q    Okay.  So his window was up; you approached the
10   car?
11      A    Yes.
12      Q    What did you do?
13      A    I knocked on the window with my knuckle.
14      Q    One knuckle, whole hand?
15      A    (Witness demonstrates knock.)
16      Q    Okay.
17      A    The back of my hand.
18      Q    And his response was what?
19      A    He ignored me.
20      Q    Okay.  Did he look at you while he was ignoring
21   you or did he just face forward?
22      A    Just faced forward.
23      Q    All right.  So what did you do then?
24      A    I knocked again.
```

**Robert Lewis Pifer**
**April 8, 2015**

Page 55

```
 1      Q    Did you knock the same way or did you knock
 2   differently this --
 3      A    I knocked the same way.
 4      Q    All right.  And what did he do in response to
 5   that knock?
 6      A    Then he looked at me, and I said, "Sir, I need
 7   you to roll down the window."
 8      Q    Okay.  You said that audibly?
 9      A    Yes, in a loud voice so that he could hear
10   through the closed window.
11      Q    Okay.  You don't know that he heard you, though?
12      A    I can only assume.
13      Q    Okay.  What were you wearing?
14      A    I was wearing my police uniform.  I was wearing
15   my police issue duty hat.  And I was wearing a rain cover
16   on the hat and a rain jacket over my uniform.
17      Q    Okay.  What does the rain cover on your hat look
18   like?
19      A    It looks like a black shower cap.
20      Q    Okay.  Well, that sounds nice.  Does it have a
21   badge or any kind of emblem on the outside of the cover?
22      A    No.
23      Q    All right.  And you've got a rain -- what did you
24   call it -- a raingear, rain --
```

**Garrett Reporting Service**
**304-346-0460**

**Robert Lewis Pifer**
**April 8, 2015**

1    A    Raincoat.

2    Q    Raincoat.  And that's on over your uniform?

3    A    Yes.

4    Q    What does it look like?

5    A    It is a -- at the time it was a long black

6    rubber-type jacket.

7    Q    Okay.  Did it have an emblem on the outside with

8    some sort of badge?

9    A    No.

10    Q    Were police officers the only people controlling

11    traffic that day?

12    A    I believe there was also firemen controlling

13    traffic in some areas that day.

14    Q    Okay.  What would they have worn or do you know?

15    A    The standard Vienna firemen uniform would have

16    been white shirt, dark blue trousers, I believe.

17    Q    Okay.  And presumably some kind of rain

18    protection?

19    A    Raingear, yes.

20    Q    Okay.  So he -- you audibly said to him that you

21    needed him to roll down the window?

22    A    Yes.

23    Q    And he's looking at you while you're saying that?

24    A    Yes.

**Garrett Reporting Service**
**304-346-0460**

Robert Lewis Pifer
April 8, 2015

Page 57

1    Q    What did he do?

2    A    He then rolled down the window about two inches.

3    Q    Okay.  And what did you do?

4    A    I began to question him about what was going on.

5    Q    Okay.  Tell me -- tell me that conversation.

6    A    I said, "Sir, what's going on?"  He stated that

7    he was pissed off that he was stuck in traffic.

8    Q    Okay.  And this is while the window is still two

9    inches down?

10    A    Yes.

11    Q    All right.  What did you say in response to him

12    being -- expressing displeasure of being stuck?

13    A    I said, "Could I see your license, registration,

14    and proof of insurance, please?"

15    Q    Okay.  Now, at the time this is happening what --

16    what was going on through your head?  When you're walking

17    back toward his car and, you know, he's ignoring you, what

18    kind of a state of mind are you in?

19    A    Well, as I'm walking back toward his car, I'm

20    trying to figure out why would someone be honking their

21    horn repeatedly.  The first thing that jumped to my mind

22    was someone with a medical emergency.

23        Officer Cole comes back and says the person won't

24    tell him what's going on  so that makes me question why are

Garrett Reporting Service
304-346-0460

**Robert Lewis Pifer**
**April 8, 2015**

1    they honking the horn, you know, why won't they talk to

2    him.  Did they have stroke?  Are they deaf?  Are they mute?

3    What other kind of problem could they have?

4        Q    Okay.  So when you knock on his window and he

5    ignores you, did you think there was -- did you still think

6    that maybe he's got a problem or, you know, he needs some

7    help?

8        A    I wasn't sure, but it began to appear that he had

9    an anger issue.

10       Q    Okay.  Because you said at one point when you

11   walked back that he had an angry look on his face?

12       A    Yes.

13       Q    Okay.

14       A    But that could be caused by a stroke.

15       Q    Fair enough.  All right.  So you told him you

16   needed his -- all at once you said, "I need your license,

17   proof of insurance, and your registration"?

18       A    Yes.

19       Q    Through the two-inch crack --

20       A    Yes.

21       Q    -- in his window?

22       A    And asked him to please roll down his window.

23       Q    Okay.  And what happened then?

24       A    Then he asked me why.  And I told him that, "I

**Garrett Reporting Service**
**304-346-0460**

Robert Lewis Pifer
April 8, 2015

Page 59

1    need your license, registration, and proof of insurance to
2    find out who you are."  And, again, he asked me why.
3          I asked him then, you know, "What is your
4    problem?"  He was still angry, and expressed anger about
5    the road run keeping him stopped in traffic.  And, again,
6    reiterated why did I need to see his license, registration,
7    and insurance.
8        Q    Did you ask him what his name was or who he was?
9        A    No.  I then instructed him to pull over.
10       Q    Had he rolled his window down any further at that
11   point?
12       A    No.
13       Q    Had he given you his license, or his
14   registration, or insurance at that point?
15       A    No.
16       Q    So you asked him to pull over?
17       A    Yes.
18       Q    Did you say it just like that?
19       A    I said, "I need you to pull over right over
20   there," and instructed the parking lane in front of the
21   church.
22       Q    Okay.  What was his -- what did he do then?
23       A    He put the car in gear and pulled the car over in
24   front of the church.

**Robert Lewis Pifer**
**April 8, 2015**

Page 60

1    Q   Okay.  So he complied?

2    A   He did comply.

3    Q   And did you walk over to where he had pulled

4  over?

5    A   Yes.

6    Q   Was his window down, up, or down still two inches

7  -- down further?

8    A   It was still down about two inches.

9    Q   Okay.  What happened then?

10    A   Then Mr. Weigle turned and twisted in his seat.

11 He looked -- he looked at me, turned and twisted in his

12 seat as if to turn his back to me and was doing something

13 in the passenger's seat.

14     I was uncomfortable with him turning his back to

15 me, and I moved back away from the window to shift my

16 position when he wasn't looking at me.

17    Q   Did you talk to him when you approached or this

18 is all just had happened before you said anything else to

19 him?

20    A   This happened before I said anything else to him.

21    Q   Okay.  So he turns and looks at you, and then

22 twists away from you toward the passenger seat of his car?

23    A   Yes.

24    Q   And you backed up, did you say?

**Robert Lewis Pifer**
**April 8, 2015**

```
1        A    I took a half step toward the back of his

2    vehicle.

3        Q    Okay.  So not backing away from his car, but --

4        A    Not straight away from it, no.

5        Q    -- backing toward the back of his car?

6        A    Correct.

7        Q    Okay.  And then what happened?

8        A    Mr. Weigle then turned around, took his seatbelt

9    off, opened the car door, and stepped out.

10       Q    Okay.  Was the traffic still sitting where it had

11   been?

12       A    Yes.

13       Q    Hadn't moved?

14       A    I don't recall that it had moved.

15       Q    All right.  So he gets out of the car?

16       A    Yes.

17       Q    The what happens?

18       A    He came towards me in an aggressive fashion and

19   took his driver's license and stuck it underneath of my

20   nose.

21       Q    Okay.  You were still standing sort of next to --

22       A    At a 45-degree angle away from his driver's side

23   door.

24       Q    Okay.  What kind of car was this?
```

**Garrett Reporting Service**
**304-346-0460**

**Robert Lewis Pifer**
**April 8, 2015**

Page 64

```
 1      A    What is your problem today?
 2      Q    Okay.  And what happens?
 3      A    He described to me he was upset that he had had
 4    to sit in the -- in traffic for such a long time.  It was
 5    interlaced with profanity, and I had him step back to the
 6    rear of his vehicle.
 7      Q    Okay.  What kind of profanity?  And, yes, you're
 8    allowed to say it in here.
 9      A    I was just going to make sure.  "This is
10    bullshit.  Why am I stuck in this fucking traffic?"  And
11    words to that affect.
12      Q    Okay.  Now -- have you ever had someone else
13    during this road race or any other road races express some
14    kind of frustration at the fact that they're sitting in
15    this traffic?
16      A    I'm sure.
17      Q    To your recollection have you ever pulled anybody
18    else over or stopped anybody else because of their behavior
19    during -- during -- sitting in traffic in a road race?
20      A    No.
21      Q    Okay.  So I think you just said you had him step
22    to the back of his vehicle?
23      A    Yes.
24      Q    How did you have him step?  Explain it.  Did you
```

**Robert Lewis Pifer**
**April 8, 2015**

1      tell him to --

2          A    Yes.

3          Q    -- step back?

4          A    I directed him to step back to the rear of his

5      car.

6          Q    Okay.  Did he do that?

7          A    He did.

8          Q    So was he -- he's standing behind his car?

9          A    Yes.

10         Q    Is he facing his car; facing away from his car?

11         A    He would initially be facing away from his car

12     facing north.

13         Q    Okay.  Are you standing in front of him at that

14     point?

15         A    Yes.

16         Q    Okay.  Why did you have him step to the back of

17     his car?

18         A    To avoid -- if traffic did start to move, it was

19     a much safer position to be -- be in than standing out in

20     traffic.

21         Q    Okay.  What happens next?

22         A    I asked him, you know, "Why are you so upset with

23     the road race?"  And, again, he reiterated that, "This is

24     bullshit," you know.  The -- "It was taking too long and

**Garrett Reporting Service**
**304-346-0460**

Robert Lewis Pifer
April 8, 2015

1    for these" -- I believe, his words were -- "for these

2    people to be out here running around in the fucking rain is

3    stupid."  And I told him I agreed with him.

4        Q   Not a runner then, I take it?

5        A   No.

6        Q   Okay.  So what was your intention at this point?

7    You found out who he was?

8        A   Yes.

9        Q   You found out what his problem is?

10        A   Yes.

11        Q   Which is he's not happy.  What was your intention

12    in continuing to speak with him?

13        A   To disarm him emotionally -- to agree with him.

14    "Hey, this is all bullshit.  I don't like standing out in

15    the rain either.  This is stupid.  Why can't they go run on

16    a track?"  And, I think, I said words to the same affect --

17    "somewhere else.  Why do they have to run on Grand Central?

18    I don't know.  And you're right."  This is -- but then I

19    reiterated to him you can't sit here in traffic honking

20    your horn causing a problem.

21        Q   Okay.  How was him honking his horn causing a

22    problem?

23        A   It is a violation of the City of Vienna

24    ordinances for excessive noise.

Robert Lewis Pifer
April 8, 2015

Page 68

1      Q    Okay.  But -- but well after the incident?

2      A    Yes.

3      Q    Okay.  All right.  Well, finish telling me about

4    your conversation.  So you brought him back to the back of

5    his car where it's safe to talk and you're trying to, in

6    your words, disarm him --

7      A    Yes.

8      Q    -- emotionally?  Now, he doesn't have a weapon?

9      A    Not that I'm aware of.

10      Q    Okay.  So tell me -- tell me what else transpired

11    while you're standing behind his car.

12      A    He told me, "This is all bullshit, and I'm

13    fucking leaving."

14      Q    Fucking leaving as in -- was traffic moving at

15    that point?

16      A    I don't recall.  My focus was Mr. Weigle.

17      Q    Okay.  And by leaving you thought he meant --

18      A    He was going to get into his car and go.

19      Q    Okay.  Would that have been a problem?

20      A    Yes.

21      Q    Why?

22      A    In his state of mind --very aggressive, very

23    agitated -- I don't know what he would be capable of doing

24    if he would take off at that time and drive in the parking

Garrett Reporting Service
304-346-0460